# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

JUAN M. VASQUEZ,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

No. C06-3021-PAZ

**ORDER**

_____

The defendant has filed an unopposed motion (Doc. No. 8) to reverse and remand this case pursuant to sentence four of 42 U.S.C. § 405(g). The defendant suggests that upon remand, the defendant should be directed to determine the impact on the plaintiff's claim of his subsequent finding of disability, together with whatever further proceedings are required to make such a determination.

Sentence four remand requires a plenary review of the record and "a substantive ruling regarding the case, rather than merely returning the case to the agency for disposition." *Hanson v. Chater*, 895 F. Supp. 1279, 1282-83 (N.D. Iowa 1995) ("Absent a judgment or substantive ruling in the case, a remand is not permitted under sentence four of 42 U.S.C. § 405(g).") (citing *Shalala v. Schaefer*, 509 U.S. 292, 299-300, 113 S. Ct. 2625, 2630, 125 L. Ed. 2d 239 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 111 S. Ct. 2157, 2163, 115 L. Ed. 2d 78 (1991)).

The court has reviewed the Record in this case, and finds the defendant's motion has merit. Accordingly, the motion is **granted**, and this case is **reversed and remanded** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), with directions to determine the impact on the present case of the subsequent finding that the plaintiff is

disabled due to mental retardation. Judgment will be entered in favor of the plaintiff and against the Commissioner.

**IT IS SO ORDERED.**

**DATED** this 16th day of August, 2006.

PAUL A. ZOSS
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT